1  Joseph H. Harrington
2  United States Attorney
   Eastern District of Washington
3  Benjamin D. Seal
4  Richard C. Burson
   Assistant United States Attorneys
5  402 E. Yakima Ave., Ste. 210
6  Yakima, WA 98901-2760
   Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 17 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN EVERETT STEVENS,

    Defendant.

1:19-CR-2038-SAB

INDICTMENT

18 U.S.C. §§ 113(a)(1), 1153
Assault with Intent to Commit Murder
(Count One)

18 U.S.C. § 924(c)(1)(A)(iii)
Discharging a Firearm During and in Relation to a Crime of Violence
(Count Two)

18 U.S.C. §§ 1111, 1153
First Degree Murder
(Count Three)

18 U.S.C. § 924(c)(1)(A)(iii)
Discharging a Firearm During and in Relation to a Crime of Violence
(Count Four)

INDICTMENT- 1

The Grand Jury charges:

## COUNT 1

On or about October 6, 2018, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, JORDAN EVERETT STEVENS, an Indian, did knowingly assault J.L.J., with intent to commit murder by shooting him with a firearm, all in violation of 18 U.S.C. §§ 113(a)(1), 1153.

## COUNT 2

On or about October 6, 2018, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, JORDAN EVERETT STEVENS, an Indian, did knowingly use, carry, brandish, and discharge a firearm during and in relation to, and possess in furtherance of, a crime of violence for which JORDAN EVERETT STEVENS may be prosecuted in a court of the United States, that is: Assault with Intent to Commit Murder, in violation of 18 U.S.C. §§ 113(a)(1), 1153, as charged in Count 1; all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT 3

On or about May 3, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, JORDAN EVERETT STEVENS, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill A.C.M. by shooting her with a firearm; all in violation of 18 U.S.C. §§ 1111, 1153..

## COUNT 4

On or about May 3, 2019, in the Eastern District of Washington, within the external boundaries of the Yakama Nation, in Indian Country, the Defendant, JORDAN EVERETT STEVENS, an Indian, did knowingly use, carry, brandish, and discharge a firearm during and in relation to, and possess in furtherance of, a

crime of violence for which JORDAN EVERETT STEVENS may be prosecuted in a court of the United States, that is: First Degree Murder, in violation of 18 U.S.C. §§ 1111, 1153, as charged in Count 3; all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

DATED this 16th day of July, 2019.

A TRUE BILL

_____
Foreperson

Joseph H. Harrington
United States Attorney

*[signature]*

Thomas J. Hanlon
Supervisory Assistant United States Attorney

*[signature]*

Benjamin D. Seal
Assistant United States Attorney

*[signature]*

Richard C. Burson
Assistant United States Attorney

INDICTMENT- 3