FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 7 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# PENALTY SLIP

## INDICTMENT

**NAME:** JORDAN EVERETT STEVENS

**NUMBER OF COUNTS:** 4

<u>Count 1</u>: 18 U.S.C. §§ 113(a)(1) and 1153 – Assault with Intent to Commit Murder

<u>Penalty</u>: 20 years imprisonment, $250,000 fine, 3 years of supervised release, and a $100.00 special assessment

<u>Count 2</u>: 18 U.S.C. § 924(c)(1)(A)(iii) – Discharging A Firearm During and in Relation to a Crime of Violence

<u>Penalty</u>: Mandatory minimum of 10 years and a maximum of life imprisonment consecutive to any other sentence, $250,000 fine, or both; 5 years supervised release; a $100.00 special assessment.

<u>Count 3</u>: 18 U.S.C. §§ 1111 and 1153 – First Degree Murder

<u>Penalty</u>: Mandatory life imprisonment, $250,000 fine, 5 years of supervised release, and a $100.00 special assessment

<u>Count 4</u>: 18 U.S.C. § 924(c)(1)(A)(iii) – Discharging A Firearm During and in Relation to a Crime of Violence

<u>Penalty</u>: Mandatory minimum of 10 years and a maximum of life imprisonment consecutive to any other sentence, $250,000 fine, or both; 5 years supervised release; a $100.00 special assessment.

**Case No.** 1:19-CR-2038-SAB-1

**USA Initials:** _____BDS_____