FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JORDAN EVERETT STEVENS,<br><br>               Defendant. | No. 1:19-CR-02038-SAB-1<br><br>**ORDER STRIKING AS MOOT DEFENDANT'S MOTION FOR MISTRIAL** |

Before the Court is Defendant's Motion for Mistrial, ECF No. 146. On June 10, 2021, Defendant orally withdrew the Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Mistrial, ECF No. 146, is **stricken as moot**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 10th day of June 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER STRIKING AS MOOT DEFENDANT'S MOTION FOR MISTRIAL** *1