Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORDAN EVERETT STEVENS,<br><br>Defendant. | No: 1:19-CR-02038-SAB<br><br>Notice of Withdrawal of Counsel for the United States |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Benjamin D. Seal, Assistant United States Attorney for the Eastern District of Washington, hereby enters this Notice of Withdrawal on behalf of the United States of America.

DATED December 28, 2021

VANESSA R. WALDREF
United States Attorney

s/ Benjamin D. Seal
BENJAMIN D. SEAL
Assistant United States Attorney

NOTICE OF SUBSTITUTION OF
COUNSEL FOR THE UNITED STATES    1

1  I hereby certify that on December 28, 2021, I electronically filed the
2  foregoing with the Clerk of the Court using the CM/ECF System which will send
3  notification of such filing to: Karla Hudson, Robin Emmans, Ulvar Klein,
4  Virginia Rockwood, Michael W. Lynch, Rick Smith, Troy Lee

s/ Benjamin D. Seal\_\_\_
BENJAMIN D. SEAL
Assistant United States
Attorney United States Attorney's Office
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
(509) 454-4425
(509) 249-3297 (fax)

NOTICE OF SUBSTITUTION OF
COUNSEL FOR THE UNITED STATES         2