Robin C. Emmans
2nd Street Law PLLC
217 N. 2nd Street
Yakima, WA 98901
(509) 575-0372
Of Attorneys for Jordan Stevens

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 19-CR-2038-SAB |
| Plaintiff, | MOTION FOR FURLOUGH |
| vs. | |
| JORDAN EVERETT STEVENS, | |
| Defendant(s). | |

## MOTION

COMES NOW the defendant, Jordan Everett Stevens, through counsel, and moves this court for an order of furlough to allow his attendance at funeral ceremonies for his sister.

## DECLARATION OF COUNSEL

I, Robin Collett Emmans, of counsel for Jordan Stevens, do hereby declare under penalty of perjury under the laws of the State of Washington as follows:

1. Saturday, January 1, 2022, I received several calls from Antonia Stevens, mother of Jordan Stevens; and,

2. Ms. Stevens informed me that her daughter, Jordan's sister, had passed away; and,

3. Ms. Stevens informed me that she had been able to notify Jordan, and he had given her my phone number to assist in requesting that he be allowed to attend the ceremonies attending his sister's passing; and,

4. Ms. Stevens informed me that today, January 3, 2022 would be the dressing ceremony, which lasts all day. Tonight will be dancing and final dinner, which last overnight, with a graveside service tomorrow morning, January 4th; and,

5. Asked to identify the most essential portion of services for Jordan's presence, Ms. Stevens noted that the final dinner and the dancing leading up to the graveside service would be key events at which he would like to be able to honor her memory, and which would be most important to the community; and;

6. Asked to locate a law enforcement escort, Ms. Stevens notified me that she had contacted the Yakama Nation's jail and spoken to corrections staff. She told me that they would be available to pick him up, remain with him throughout services, and return him to the Yakima County Jail; and,

7. I have notified US Probation officers Helms and Carter of this information and provided Ms. Stevens' phone number to facilitate follow up. I do not have a phone number for the Tribal Jail at this time.

Signed at Yakima, Washington this 3rd day of January, 2022.

*S/Robin Collett Emmans*
Robin Collett Emmans, WSBA 37085

## MEMORANDUM

Jordan Stevens is awaiting sentencing after conviction at trial. He has remained in custody without seeking release through current counsel during the pendency of this case, acknowledging the gravity of the charges and the weight of his criminal history. At this time, his family has requested his presence, and he echoes that request to fulfil his role as a brother during the ceremonial burial services for his sister. His family follows traditional Yakama Nation practices. He seeks to attend a portion of services from 7:00 PM tonight, January 3, 2022 through 10:00 AM tomorrow January 4, 2022, or whenever the graveside service is concluded. This will allow his presence at an important series of dances, the final dinner, and the burial. He asks that he be ordered to remain in custody at all times, going from Yakima County DOC to Yakama Nation DOC custody and then to be returned to Yakima County DOC. It is

requested that this motion be heard as soon as the court is able. Counsel has emailed but not yet spoken to counsel for the government.

Respectfully submitted January 3, 2022

> *s/ Robin C. Emmans*
> Robin C. Emmans, WSBA 37085
> 2nd Street Law, PLLC
> 217 N. 2nd Street
> Yakima, WA 98901
> (509) 575-0372
> Fax: (509) 452-6771
> Robin.emmans@secondstreetlaw.com
> Of Attorneys for Jordan Stevens

CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notifications of such filing to AUSA Richard Burson.

*s/* Robin Emmans
Robin Emmans
2nd Street Law
217 N. 2nd Street
Yakima, WA. 98901
Marcie@secondstreetlaw.com