# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>-vs-<br>JORDAN EVERETT STEVENS,<br><br>　　　　　　　　　　Defendant. | Case No.　　　1:19-CR-2038-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:　　　APRIL 13, 2022<br><br>LOCATION:　YAKIMA, WA<br><br>**STATUS CONFERENCE HEARING** |

| **CHIEF JUDGE STANLEY A. BASTIAN** ||||
|---|---|---|---|
| Michelle Fox | 01/02 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Richard Burson<br><br>**Government Counsel** || Virginia Rockwood<br>Robin Emmans<br>Ulvar Klein<br><br>**Defense Counsel** ||
| **United States Probation Officer:** ||||

[ X ]　Open Court　　　　　[ ]　Chambers　　　　　[ ]　Telecon/Video

Defendant present and in custody of U.S. Marshal.

Court addresses counsel. Court asks counsel how long is necessary for the review and would the hearing be without or without argument.

V. Rockwood presents argument. Will be requesting oral argument and testimony. Requesting a hearing in May or June. Defendant would like time to review the briefing.
　　　Court questions counsel. Once briefing is done, how long will the hearing be?
　　　V. Rockwood estimates 2 hours.

R. Burson does not believe a response is necessary. The briefing relates to who will be representing counsel.

## [ X ]　ORDER FORTHCOMING

| **Convened:** 10:30 a.m. | **Adjourned:** 10:55 a.m. | **Time:** 25 min. | **Calendared** [ X ] |
|---|---|---|---|

*USA -vs- Stevens*                                                                                                   April 13, 2022
1:19-CR-2038-SAB-1                                                                           Page 2
Status Conference Hearing

V. Rockwood responds.  If the government will not respond to this briefing, then requesting 3 weeks to file the final briefing.

Court summarizes argument.  File briefing for the Motion for New Trial in 3 weeks, by May 4, 2022.

V. Rockwood is agreeable to May 4, 2022.

R. Burson presents argument regarding timeliness.  Proposes the motion be denied and then file Motion as a 2255.  This motion is untimely.

Court will review the briefing.  Court suggests counsel discuss R. Burson's proposal.   Set another status conference.

V. Rockwood responds.

Court resets status conference to May 4, 2022 at 2:30 pm.  Court will review the briefing and at the hearing we will discuss next steps.