FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JORDAN EVERETT STEVENS,<br><br>        Defendant. | No.   1:19-CR-02038-SAB-1<br><br>**ORDER RE: STATUS CONFERENCE** |

       A status conference was held in the above-captioned matter on May 4, 2022 in Yakima, Washington. Virginia Rockwood appeared by video on behalf of Defendant Jordan Everett Stevens, who was present in the courtroom and in custody of the U.S. Marshals. Richard Burson appeared on behalf of the United States of America.

       At the hearing, remaining defense counsel of record moved to withdraw as counsel for the reasons stated in Defendant's Memorandum, filed on April 8, 2022. ECF No. 197. The Court granted the motion. A motion and evidentiary hearing on Defendant's Motion for New Trial, ECF No. 197 was scheduled for June 16, 2022. The Court took the United States' timeliness defense under advisement pending additional briefing from the parties. This Order memorializes the Court's ruling.

       Accordingly, **IT IS HEREBY ORDERED**:

       1.   Karla Kane of Kane Law PLLC, and Robin Emmans and Ulvar Klein of 2nd Street Law PLLC, are hereby **WITHDRAWAN** as counsel of record for Defendant. The District Court Clerk is directed to update the case caption accordingly.

       2.   An evidentiary and motion hearing on Defendant's Motion for New Trial, ECF No. 167, is **SET** for **June 16, 2022** at **1:00 p.m.**, in **Yakima**, Washington.

**ORDER RE: STATUS CONFERENCE** - 1

3.  The United States shall file any response brief regarding timeliness by **May 13, 2022**.

4.  Defendant shall file any reply brief regarding timeliness by **June 1, 2022**.

5.  The Court will decide the issue of the timeliness of Defendant's Motion for New Trial based on the briefs, unless a request for hearing is made prior to **June 1, 2022** by either party.

**IT IS SO ORDERED**. The District Court Clerk is directed to file this Order and provide copies to counsel.

**DATED** this 5th day of May 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: STATUS CONFERENCE** - 2