# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>-vs-<br><br>JORDAN EVERETT STEVENS,<br><br>                       Defendant. | Case No.     1:19-CR-2038-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:     JUNE 16, 2022<br><br>LOCATION:     YAKIMA, WA<br><br>EVIDENTIARY HEARING ON MOTION FOR NEW TRIAL |

| **CHIEF JUDGE STANLEY A. BASTIAN** | | | |
|---|---|---|---|
| Michelle Fox<br>**Courtroom Deputy** | 03<br>**Law Clerk** | **Interpreter** | Marilynn McMartin<br>**Court Reporter** |
| Richard Burson<br>**Government Counsel** | | Virginia Rockwood<br>**Defense Counsel** | |
| **United States Probation Officer:** | | | |

[X] Open Court      [ ] Chambers      [ ] Telecon/Video

Defendant present and in custody of U.S. Marshal.

Motion for New Trial, ECF No. 167

Court summarizes issues for the hearing. Defendant's motion for new trial and timeliness of the motion.

**Karla Kane** is sworn in and questioned by V. Rockwood. Witness appeared by Video.
    R. Burson objects. Court overrules objection.
    Direct continues.
    R. Burson objects. Court sustains objection.
    Direct continues.

# [ X ]   ORDER FORTHCOMING

| CONVENED: 1:00 P.M.<br>1:40 P.M. | ADJOURNED: 1:35 P.M.<br>3:20 P.M. | TIME: 35 MIN.<br>1 HR. 40 MIN.<br>TOTAL: 2 HRS. 15 MIN. | CALENDARED   [ X ] |
|---|---|---|---|

*USA  -vs-  Stevens* June 16, 2022
1:19-CR-2038-SAB-1 Page 2
Evidentiary Hearing

1:28 pm – R. Burson cross examines witness.

Recess:        1:35 pm – 1:40 pm

Cross continues.
    V. Rockwood objects – allow witness to finish the answer. Court will have witness complete the answer and then R. Burson can re-ask.
        Cross continues.
        V. Rockwood objects – asked and answered.  Court overrules objection.
        Cross continues.
        R. Burson objects – move to strike answer, nonresponsive.  Court sustains objection.

1:54 pm – Redirect.

1:56 pm – Court questions witness.

2:03 pm – R. Burson has 2 additional questions.
        Witness excused at 2:05 pm.

**Robin Emmans** is sworn in and questioned by V. Rockwood.
        R. Burson objects – speculation.  Court sustains objection.
        Direct continues.

2:31 pm – R. Burson cross examines witness.

2:46 pm – Court questions witness.
        Witness excused at 2:48 pm.

V. Rockwood presents argument on Motion.

Court prepares to rule that the Motion was filed in a timely way.

V. Rockwood appreciates the comment.  V. Rockwood presents argument on the motion for new trial.

R. Burson presents argument against Motion.

V. Rockwood rebuttal argument.

Court has reviewed all the materials, heard the testimony.  Court thanks Ms. Rockwood for taking on this motion.  Court accepts the explanation for the Motion for Timeliness. COURT DENIES Motion for Timeliness.  Court DENIES Motion for New Trial.  Court summarizes ruling but will issue an Order.

V. Rockwood oral motion to withdraw and have counsel appointed for sentencing.
        Court GRANTS Motion to Withdraw as soon as new counsel is appointed.

Court sets sentencing hearing on August 31, 2022 at 2:30 pm. in Yakima.