FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>JORDAN EVERETT STEVENS,<br><br>                    Defendant. | No. 1:19-CR-02038-SAB-1<br><br>**ORDER REFERRING CASE FOR APPOINTMENT OF COUNSEL** |

    An evidentiary hearing on Defendant Jordan Everett Stevens' Motion for New Trial, ECF No. 167, was held in the above-captioned matter on June 16, 2022 in Yakima, Washington. Virginia Rockwood appeared on behalf of Defendant Jordan Everett Stevens, who was present in the courtroom and in custody of the U.S. Marshals Service. Richard Burson appeared on behalf of the United States of America.

    At the conclusion of the hearing, defense counsel moved for leave to withdraw. It was anticipated from the outset that counsel would represent Defendant on the limited issue of his Motion for New Trial, ECF No. 167. Accordingly, defense counsel will be permitted to withdraw as soon as new counsel is appointed for Defendant.

//
//
//
//

**ORDER REFERRING CASE FOR APPOINTMENT OF COUNSEL \* 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned matter is referred to Magistrate Judge Alexander C. Ekstrom for appointment of counsel.

**IT IS SO ORDERED**. The District Court Clerk is directed to file this Order and provide copies to counsel **and** Magistrate Judge Ekstrom.

**DATED** this 27th day of June 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER REFERRING CASE FOR APPOINTMENT OF COUNSEL * 2**